**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 66, AFL-CIO AND CONSTRUCTION INDUSTRY COMBINED FUNDS, INC., as agent for the Board of Trustees of Operating Engineers Local 66 Annuity and Savings Fund, Operating Engineers Construction Industry and Miscellaneous Pension Fund, International Union of Operating Engineers, Operating Engineers Local 66 Welfare Fund and Operating Engineers Local 66 Dues Deduction Fund and other related Funds, <br><br>  Plaintiff, <br><br> v. <br><br> EAST COAST PAVING & SEAL COATING, INC. a/k/a EAST COAST PAVING & SEALCOATING, INC., BARBARA S. HASSON and BARRY MILES, <br><br> Defendants. | Civil Action No. 2:20-cv-1995-CRE |

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2021, upon consideration of Plaintiff's Motion for Default Judgment and the Affidavit attached thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion be, and hereby is GRANTED.

### COUNT II
### Operating Engineers Local 66, AFL-CIO and
### Construction Industry Combined Funds, Inc. v. Barbara S. Hasson

Judgment is entered in favor of the Plaintiff Operating Engineers Local 66, AFL-CIO and Construction Industry Combined Funds, Inc. and against the Defendant Barbara S. Hasson in the amount of $77,760.92 plus additional interest from April 13, 2021 at the rate of 1% per month or $16.53 per day.

<u>**COUNT III**</u>
<u>**Operating Engineers Local 66, AFL-CIO and**</u>
<u>**Construction Industry Combined Funds, Inc. v. Barbara S. Hasson**</u>

Judgment is entered in favor of the Plaintiff Operating Engineers Local 66, AFL-CIO and Construction Industry Combined Funds, Inc. and against the Defendant Barbara S. Hasson in the amount of $4,772.21 plus additional interest from April 13, 2021 at the rate of 1% per month or $1.24 per day.

_____
The Honorable Cynthia Reed Eddy
United States District Judge

TADMS:5196127-1 017020-184890