IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 66, AFL-CIO AND CONSTRUCTION INDUSTRY COMBINED FUNDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> EAST COAST PAVING & SEAL COATING, INC., BARBARA S. HASSON, BARRY MILES, <br><br> Defendants. | 2:20-CV-01995-CCW-CRE |

## **OPINION**

Before the Court is Plaintiff Operating Engineers Local 66, AFL-CIO and Construction Industry Combined Funds, Inc.'s (together "Plaintiff") Motion for Default Judgment against Defendants East Coast Paving & Seal Coating, Inc. and Barry Miles. ECF No. 34.

On December 23, 2020, Plaintiff filed the Complaint against Defendants East Coast Paving & Seal Coating, Inc. ("East Coast Paving"), Barbara Hasson, and Barry Miles. ECF No. 1. The Court affirmed Chief Magistrate Judge Eddy's Report and Recommendation with certain modifications as to a Motion for Default Judgment against Defendant Hasson on June 10, 2021. ECF No. 24. Plaintiff served Defendants East Coast Paving & Seal Coating, Inc. and Barry Miles on July 19, 2021. ECF Nos. 30, 31. Plaintiff requested that the Clerk enter default against Defendants East Coast Paving & Seal Coating, Inc. and Barry Miles on August 17, 2021. ECF No. 32. The Clerk entered default against Defendants East Coast Paving & Seal Coating, Inc. and Barry Miles on August 18, 2021. ECF No. 33. On September 8, 2021, Plaintiff moved for default

judgment against Defendants East Coast Paving & Seal Coating, Inc. and Barry Miles. ECF No. 34.

Under Federal Rule of Civil Procedure 55(a), the clerk may enter judgment against a party where the plaintiff's claim is for a sum certain or a sum that can be made certain by computation and the plaintiff submits an affidavit showing the amount due. Fed. R. Civ. P. 55(a).

Here, Plaintiff seeks a sum certain, or a sum that can be made certain by computation, and submitted an adequate affidavit showing that they are entitled to the judgment amount of $88,331.05 for Count 1 against Defendant East Coast Paving & Seal Coating, Inc. a/k/a East Coast Paving & Sealcoating, Inc., $83,314.82 for Count II against Defendant Barry Miles and $4,945.16 for Count III against Defendant Barry Miles. ECF No 34-1.

Based on the record before it, the Court grants Plaintiff's Motion for Default Judgment as follows:

**Count I**

| | |
|---|---|
| Principal per Paragraph 10 of Complaint | $54,064.22 |
| Interest through December 23, 2020 per Paragraph 10 of Complaint | $12,137.26 |
| Interest from December 24, 2020 through August 31, 2021 (250 days at $17.77 per day) per Paragraph 10 | $4,442.50 |
| Liquidated Damages per Paragraph 10 | $1,031.57 |
| **SUBTOTAL for Count I** | **$71,675.55** |
| Costs per Paragraphs 11 and 12 of Attorney Leech's Declaration, ECF No. 35-1. | $527.00 |

| | |
|---|---|
| Attorneys' Fees Per Paragraphs 10 and 12 of Attorney Leech's Declaration, ECF No. 35-1. | $16,128.50 |
| **TOTAL** | **$88,331.05** |

### Count II

| | |
|---|---|
| Principal per Paragraph 26 of the Complaint | $50,279.72 |
| Interest through December 23, 2020 per Paragraph 26 of the Complaint | $11,287.65 |
| Interest from December 24, 2020 through August 31, 2021 (250 days at $16.53 per day) per Paragraph 26 of the Complaint | $4,132.58 |
| Liquidated damages per Paragraph 26 of the Complaint | $959.36 |
| **SUBTOTAL for Count II** | **$66,659.31**[1] |
| Costs per Paragraphs 11 and 12 of Attorney Leech's Declaration, ECF No. 35-1. | $527.00 |
| Attorneys' Fees Per Paragraphs 10 and 12 of Attorney Leech's Declaration, ECF No. 35-1. | $16,128.50 |
| **TOTAL** | **$83,314.81** |

### Count III

| | |
|---|---|
| Principal per Paragraph 34 of the Complaint | $3,784.50 |
| Interest through December 23, 2020 per Paragraph 36 of the Complaint | $849.61 |

---

[1] The Court notes a rounding error in Motion and has rectified the error.  ECF No. 34 at ¶17.

| | |
|---|---|
| Interest from December 24, 2020 through August 31, 2021 (250 days at $1.24 per day) per Paragraph 36 of the Complaint | $311.05 |
| **SUBTOTAL for Count III** | **$4,954.16** |

The Court also awards additional interest from August 31, 2021 until the date of this Opinion: (1) at the rate of 1% per month or $17.77 per day for Count I against Defendant East Coast Paving & Seal Coating, Inc. a/k/a East Coast Paving & Sealcoating, Inc.; (2) at the rate of 1% per month or $16.53 per day for Count II against Defendant Barry Miles; (3) and at the rate of 1% per month or $1.24 per day for Count III against Defendant Barry Miles.

DATED this 13th day of September, 2021.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record